UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUATRAIL SMITH,

     Plaintiff,

                                       Case No. 23-11490

v.                                 Hon. Matthew F. Leitman

VOURHEES, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Defendants and against Plaintiff.

                                     KINIKIA ESSIX
                                     CLERK OF COURT

                       By:   s/Holly A. Ryan_____
                             Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 20, 2026

Detroit, Michigan