UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUATRAIL SMITH,

     Plaintiff,

                                         Case No. 23-cv-11490

v.                                    Hon. Matthew F. Leitman

VOURHEES, *et al.*,

     Defendant.

_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 58)

On April 13, 2026, Plaintiff Quatrail Smith filed a motion for reconsideration of (1) the Court's March 20, 2026, Order granting the Defendant's Motion for Summary Judgment and dismissing the John Doe Defendants and (2) the March 20, 2026, judgment against him. (*See* Mot., ECF No. 58.)  In his motion, Smith does not point to any error that he believes the Court made, nor any basis for the Court to reconsider its decision and entry of judgment against him.  The Court has carefully reviewed Smith's motion and its prior rulings in this case and is not persuaded that there is any justification for reconsideration. Smith's motion for reconsideration (ECF No. 58) is therefore **DENIED**.

     **IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  April 15, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2